UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.

       Case No. 23-
       Originating No. 23MJ247

**RUBEN REYNA,**

       Defendant.

_____/

Case: 2:23−mj−30371
Assigned To : Unassigned
Assign. Date : 9/11/2023
Description: REM USA V. REYNA
(KB)

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **RUBEN REYNA,** to answer to charges pending in another federal district, and states:

1. On **September 10, 2023,** defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on a Criminal Complaint**. Defendant is charged in that district with violations of **18 U.S.C. § 1752(a)(I) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, 18 U.S.C. § 1752(a)(2) - Knowingly, and with Intent to Impede or Disrnpt. the Orderly Conduct of Government Business, 40 U.S.C. § 5104(e)(2)(D) - Utterr Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct, 40 U.S.C. §**

**5104(e)(2)(G) - Parade, Demonstrate, or Picket in Any of the Capitol Buildings.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN ISON
United States Attorney


*s/Diane Princ*
DIANE PRINC
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: September 11, 2023